IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN ZINNEL,<br><br>    Defendant and Judgment Debtor. | MISC. CASE NO.: 2:19-MC-241-TLN-EFB<br><br>**[PROPOSED] ORDER GRANTING THE UNITED STATES' APPLICATION FOR A CLERK OF COURT ISSUED SUBPOENA AND SUBPOENA DUCES TECUM COMPELLING THIRD-PARTY EXAMINATION IN AID OF JUDGMENT ENFORCEMENT**<br><br>CRIMINAL CASE NO.: 2:11-CR-00234-TLN |

The United States has filed an application for an order directing the Clerk of Court to issue a subpoena compelling David P. Zinnel, defendant Steven Zinnel's brother, to personally appear for a deposition and produce documents to aid the United States in the enforcement of the unpaid criminal judgment entered against Defendant in the criminal case referenced above (the Application). The Application, made pursuant to Federal Rules of Civil Procedure 69(a)(2) and 45(c), includes a subpoena commanding David P. Zinnel's appearance for deposition at 10:00 a.m. on January 3, 2020 in the United States Attorney's Office (the USAO), and the production of specified documents by 5:00 p.m. on December 27, 2019 in the USAO (the Subpoena).

The Court, having reviewed the court files and the Application, and finding good cause therefrom, hereby GRANTS the Application and ORDERS as follows:

    1.    The Clerk of Court shall ISSUE the Subpoena; and

ORDER
1

2. Once issued, the United States shall promptly SERVE the Subpoena in accordance with Federal Rule of Civil Procedure 45(b).

The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated:  December 18, 2019

_____
UNITED STATES MAGISTRATE JUDGE