PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-MC-00241-TLN-EFB |
| Plaintiff, | **UNITED STATES OF AMERICA'S STATEMENT IN RESPONSE TO DEFENDANT'S MOTION TO COMPEL** |
| v. | |
| STEVEN ZINNEL, | DATE: January 17, 2024 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Courtroom 8, 13th Floor<br>JUDGE: Edmund F. Brennan |

The United States of America responds to defendant Steven Zinnel's motion to compel as follows:

1. Steven Zinnel has moved to compel production of documents that the United States received in response to its December 16, 2019, and May 4, 2020 subpoenas to David Zinnel.

2. Based on a review of this matter, it appears that David Zinnel did not provide the United States with documents directly in response to these subpoenas. Instead, it appears that David Zinnel voluntarily provided some documents to the United States between May and December 2020, among other reasons, to avoid litigation on a motion to compel regarding the subpoenas.

3. In an August 30, 2023 email to Steven Zinnel and copied to K. Greg Peterson, counsel for the Estate of David Zinnel, counsel for the United States responded that the documents Steven Zinnel is seeking belong to Mr. Peterson's client, not the United States, and that she had asked that Mr. Peterson's client produce the requested documents. Counsel for the United States is informed and believes that Mr. Peterson's client objects to producing the documents.

4. The United States does not oppose production of the documents that David Zinnel voluntarily provided to the United States between May and December 2020, subject to any objections or claims of privilege or other protection raised by the Estate of David Zinnel in response to this motion to be decided by the Court.

Dated: December 18, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney